### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT DELOACH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 07-0044-CG-M** |
| ) | |
| **CUNA MUTUAL INSURANCE SOCIETY,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** | |

### ORDER

This matter is before the court on plaintiff's motion to remand (Doc. 6), and the consent thereto of defendant, Cuna Mutual Insurance Society ("Cuna") (Doc. 8). Defendant Naheola Mill has not responded or appeared in this action.

Cuna removed this action to this court alleging that defendant Naheola Mill was fraudulently joined and that the remaining parties were completely diverse. (Doc. 1). Plaintiff moved to remand the case alleging that it has pled colorable causes of action against Naheola Mill that are recognized by Alabama law and that plaintiff "fully intends to pursue judgement against Naheola up through and including final judgment." (Doc. 8, pp. 5-6). In response, Cuna states that it does not oppose plaintiff's motion to remand and hereby consents to the remand of this matter to the Circuit Court of Choctaw County, Alabama. (Doc. 8). Accordingly, the court finds it appropriate to **GRANT** plaintiff's motion to remand. This case is hereby **REMANDED** to the **Circuit Court of Choctaw County, Alabama.**

**DONE and ORDERED** this 6th day of March, 2007.

                                                   /s/  Callie V. S. Granade
                                        CHIEF UNITED STATES DISTRICT JUDGE